# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DURAN, | Case No. 1:18-cv-01580-DAD-SAB |
| Plaintiff, | REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| JOHN LOLLIS, | (ECF No. 2) |
| Defendant. | TWENTY DAY DEADLINE |

Plaintiff John Duran, appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983, filed a complaint on November 16, 2018. Plaintiff did not pay the filing fee in this action and instead filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, based upon review of Plaintiff's application the Court is unable to determine if he is eligible to proceed without prepayment of fees in this action. In assessing whether a certain income level meets the poverty threshold under Section 1915(a)(1), courts look to the federal poverty guidelines developed each year by the Department of Health and Human Services. See, e.g., Lint v. City of Boise, No. CV09-72-S-EJL, 2009 WL 1149442, at *2 (D. Idaho Apr. 28, 2009) (and cases cited therein). Plaintiff's application indicates that his family income is above $29,000 per year which is far in excess of the poverty level for a family of two. See U.S. Federal Poverty Guidelines Used to Determine Financial Eligibility for Certain Federal Programs, https://aspe.hhs.gov/poverty-guidelines (last visited November 18, 2018). Accordingly, the Court

1

will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is DENIED without prejudice;
2. The Clerk of the Court is directed to forward an in forma pauperis application (Long Form) to Plaintiff;
3. Within **twenty (20) days** of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) file an application to proceed in forma pauperis without prepayment of the fee; and
4. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:   **November 19, 2018**

UNITED STATES MAGISTRATE JUDGE