# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DURAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN LOLLIS, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-01580-DAD-SAB<br><br>ORDER VACATING FEBRUARY 6, 2019 HEARING |

　　John Duran ("Plaintiff") filed this action against John Lollis and the City of Porterville ("Defendants") alleging he has been deprived of his right to run for public office. Currently before the Court is Defendants' motion to dismiss and motion for summary judgment which are set for oral argument on February 6, 2019.

　　The Court, having reviewed the record, finds this matter suitable for decision without oral argument. See Local Rule 230(g). Accordingly, the previously scheduled hearing set on February 6, 2019, is HEREBY VACATED and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated: **February 1, 2019**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE