# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DURAN,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN LOLLIS, et al.,<br><br>        Defendants. | Case No. 1:18-cv-01580-SAB<br><br>ORDER VACATING MAY 1, 2019 HEARING |

John Duran ("Plaintiff") filed this action against John Lollis and the City of Porterville ("Defendants") on November 16, 2018. (ECF No. 1.) After Defendants motion to dismiss was granted, Plaintiff filed a first amended complaint on March 14, 2019. (ECF Nos. 14, 15.) On March 29, 2019, Defendants filed a motion to dismiss and motion to strike which are set for oral argument on May 1, 2019. (ECF No. 17.)

Pursuant to the Local Rules of the Eastern District of California, Plaintiff's opposition to the motion to dismiss was due on April 17, 2019. L.R. 230(c). Plaintiff did not file a timely opposition to the motion. The Local Rule provides that a party who fails to file a timely opposition is not entitled to be heard in opposition to the motion at oral argument. L.R. 230(c). Due to Plaintiff's failure to file an opposition to the motion to dismiss and motion to strike, the matters are taken under submission and shall be decided on the papers.

///

1

Accordingly, the hearing set for May 1, 2019, is HEREBY VACATED and the parties need not appear at that time.

IT IS SO ORDERED.

Dated: __**April 20, 2019**__

_____
UNITED STATES MAGISTRATE JUDGE